David W. Affeld , State Bar No. 123922
dwa@agzlaw.com
Christopher Grivakes, State Bar No. 127994
cg@agzlaw.com
Damion Robinson, State Bar No. 262573
dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:  (310) 979-8700
Facsimile:   (310) 979-8701

Attorneys for Defendant JENNIFER SULKESS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY GRISHIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER SULKESS, an individual,<br><br>Defendant | Case No. 2:18-CV-10179<br>Hon. Dale S. Fischer<br><br>**APPLICATION TO REPLACE EXHIBIT NO. 2 TO APPLICATION TO FILE DOCUMENTS <u>UNDER SEAL</u>** IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE OF CIV. PRO. §425.16; DECLARATION OF CHRISTOPHER GRIVAKES; [PROPOSED] ORDER<br><br>Date:    April 22, 2019<br>Time:    1:30 p.m.<br>Court    7D |

1    Defendant Jennifer Sulkess ("Sulkess") hereby applies to the Court to

2    replace Exhibit 2 to her Application To File Documents Under Seal.

3    Exhibit 2 was "marked" for redaction, but the redactions were inadvertently

4    not "applied."  When a copy of Exhibit 2 is downloaded from the Court's file, the

5    redactions appear, but can be removed manually, and may not appear when the

6    document is printed.

7    A copy of the replacement version of Exhibit 2 is attached hereto.

8

9    Dated:  March 25, 2019          AFFELD GRIVAKES LLP

10

11                                   By: /s/ _____

12                                        Christopher Grivakes
                                          Damion D. Robinson

13

14                                   Attorneys for defendant JENNIFER
                                     SULKESS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF CHRISTOPHER GRIVAKES**

I, Christopher Grivakes, declare as follows:

1.     I am an attorney duly authorized to practice law in the State of California and in this Court.  I am counsel for defendant Jennifer Sulkess.

2.     I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to such matters.

3.     Attached hereto is a replacement version of Exhibit 2 to the Application to File Documents Under Seal.

4.     I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on this 25th day of March, 2019, in Los Angeles, California.


_____/s/_____
                    Christopher Grivakes

1  David Berke, SBN #123007
   B E R K E S L A W
2  369 S. Doheny Drive, Suite 508
   Beverly Hills, CA  90211
3  Tel.: (310) 251-0700
   david@berkeslaw.net
4
   Sara L. Caplan, State Bar No. 147271
5  Law Office of Sara L. Caplan
   3550 Wilshire Blvd., # 1130
6  Los Angeles, California 90010
   Telephone:  (310) 550-5877
7  Facsimile:  (310) 362-0411
   Email:  saralcaplan@gmail.com
8
   Attorneys for Respondent
9  Sergey Grishin

10

11

12

13                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                      FOR THE COUNTY OF LOS ANGELES

15  ANNA FEDOSEEVA,                    )  Case No.  18 STR004283
                                       )
16            Petitioner,              )  **DECLARATION OF SERGEY GRISHIN**
                                       )  **IN SUPPORT OF RESPONDENT'S**
17            v.                       )  **OPPOSITION TO ORDERS TO SHOW**
                                       )  **CAUSE RE: CONTEMPT**
18  SERGEY GRISHIN,                    )
                                       )  Date:        September 5, 2018
19            Respondent.              )  Time:        8:30 a.m.
                                       )  Dept.:       28
20                                     )
                                       )  Action Filed:  June 19, 2018
21                                     )  Trial Date:    None Set
                                       )
22  _____

23              **DECLARATION OF SERGEY GRISHIN**

24        I, Sergey Grishin, declare as follows:

25        1.      I am a party to the within-captioned action.  I am over the age of 18 years, and I

26  make this Declaration in support of my Oppositions to the pending TROs and Contempt

27  proceedings filed against me by Petitioners.  I have personal knowledge of the facts set forth below

28  and, if called as a witness, I could and would competently testify thereto under oath.

                                        1



17
18

23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

DECLARATION OF SERGEY GRISHIN



DECLARATION OF SERGEY GRISHIN

25   ///

26   ///

27   ///

28   ///

5

DECLARATION OF SERGEY GRISHIN



15    I declare under penalty of perjury pursuant to the laws of the State of California that the

16    foregoing facts are true and correct.

17        Executed on August 6, 2018 at Los Angeles, California.

18

19                                                              Sergey Grishin

20

21

22

23

24

25

26

27

28

6

DECLARATION OF SERGEY GRISHIN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

I hereby certify that on 3/25/2019, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

/s/ Damion Robinson
Damion Robinson