JS-6

1

2

3

4

5

6

7

8

9

THE UNITED STATES DISTRICT COURT

10

FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| **Sergey Grishin,** an individual, | CV 18-10179 DSF (AGRx) |
| Plaintiff, | **Judgment and Order of Dismissal** |
| v. | |
| **Jennifer Sulkess**, an individual, and **Does 1–10**, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    In accordance with the Court's Order Granting Motion to Enforce Settlement

2 Agreement (Dkt. No. 89) and consistent with the terms of the parties' agreement, the

3 Court enters final judgment in this action between Plaintiff Sergey Grishin and

4 Defendant Jennifer Sulkess.  Pursuant to this Final Judgment, IT IS ORDERED,

5 ADJUDGED, AND DECREED THAT:

6    1. Plaintiff's claims for copyright infringement under Count 1, dismissed

7       without prejudice *sua sponte* by the Court on May 31, 2019, are severed

8       from the other causes of action, and may be re-filed at a later date (subject

9       to any applicable statutes of limitation) without regard to final resolution of

10      Plaintiff's defamation claims under Counts 2 and 3;

11   2. Plaintiff's claim for public disclosure of private facts under Count 4 and

12      related injunctive relief under Count 5 are severed from the other causes of

13      action, dismissed without prejudice, and may be re-filed at a later date

14      (subject to any applicable statutes of limitation) without regard to final

15      resolution of Plaintiff's defamation claims under Counts 2 and 3;

16   3. Consistent with the terms of the parties' agreement, the Court expressly

17      reserves Plaintiff Grishin's right to maintain his claims for copyright

18      infringement and public disclosure of public facts claims in later filed

19      actions without the principles of res judicata applying to preclude such

20      actions;

21   4. Each party shall pay his or her own costs and attorneys' fees with respect to

22      the disposition of Plaintiff's claims under Counts 1, 4, and 5;

23   5. Judgment is entered against Plaintiff on his defamation claims under Counts

24      2 and 3 and Plaintiff shall take nothing by way of those claims;

25   6. In light of the parties' agreement to seek an immediate appeal of the

26      judgement against Plaintiff on his defamation claims, the Court finds that

27      there is no just reason to delay such an appeal, because the need for

28      appellate review will not be mooted by developments in the District Court;

1   and the issues to be decided in such an appeal are unique and unrelated to

2   the severed Counts 1, 4 and 5;

3   7. Consistent with the parties' agreement, Plaintiff is ordered to post a bond of

4   $85,000 in conjunction with the appeal;

5   8. Without affecting the finality of the Court's judgment in any way, the Court

6   retains jurisdiction over this matter for purposes of resolving issues relating

7   to the interpretation, administration, implementation, effectuation, and

8   enforcement of the parties' agreement.

9

10   IT IS SO ORDERED.

11   DATED:  April 21, 2020

12   Honorable Dale S. Fischer
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28