UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SERGEY GRISHIN, an individual,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>JENNIFER SULKESS, an individual,<br><br>    Defendant-Appellee. | No. 20-55547<br><br>D.C. No. 2:18-cv-10179-DSF-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: McKEOWN and BRESS, Circuit Judges.

    Appellee's motion to dismiss this appeal for failure to post a bond of $85,000 (Docket Entry No. 7) is denied as moot. Appellant posted the required bond in the district court on August 6, 2020.

    The opening brief and excerpts of record are due September 29, 2020; the answering brief is due October 29, 2020; and the optional reply brief is due within 21 days after service of the answering brief.